IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No:25-cv-04085-NYW-NRN
Courtroom Deputy: Román Villa

Date: April 30, 2026
FTR: Courtroom A401

| *Parties:* | *Counsel:* |
| --- | --- |
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, a federally recognized Indian Tribe,<br><br>Plaintiff, | Brandt Fenner |
| v. | |
| JARED POLIS, Colorado Governor, in his official capacity; | Kolya Glick |
| DAN GIBBS, Director, Colorado Department of Natural Resources, in his official capacity;<br>LAURA CLELLAN, Director, Colorado Parks & Wildlife, in her official capacity<br><br>Defendants. | John Matter<br>Lisa Reynolds |

---

## COURTROOM MINUTES

---

**TELEPHONIC SCHEDULING CONFERENCE**

**9:27 a.m. Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court regarding Defendant Governor Jared Polis's Unopposed Motion to Stay Discovery Pending the Governor's Motion to Dismiss (Dkt. #45).

For the reasons stated on the record, it is

**ORDERED**: Defendant Governor Jared Polis's Unopposed Motion to Stay Discovery Pending the Governor's Motion to Dismiss (**Dkt. #45**) is **GRANTED**.

Within 3 days of a decision by Judge Wang on the motion to dismiss, the parties shall contact the Chambers of Judge Neureiter to set a follow up scheduling conference.

**9:53 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:26

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.